

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiffs,<br><br>vs.<br><br>ERIK TOMAS YBARRA<br><br>       Defendant. | No. 1:15CR00185-001 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on March 20, 2017, to Time Served on March 21, 2017,

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, March 21, 2017 at 12:00pm, to a representative, Mark Berkey, of the Turning Point residential treatment program. A certified Judgment and Commitment order to follow.

Dated: March 20, 2017

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1