

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

United States of America, )
) ORDER TO REDUCE
v. ) TERM OF SUPERVISED RELEASE FOR
) SUCCESSFUL COMPLETION
Erik Tomas Ybarra, ) OF REENTRY COURT
) (18 U.S.C. 3583(3)(1)
Defendant. )
) Docket Number: 1:15CR00185-001

On March 20, 2017, the defendant was accepted as a participant in the Reentry Court Program. As of April 25, 2018, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of April 30, 2018.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release re-imposed on March 20, 2017, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_April 30, 2018_ _____/s/ Sheila K. Oberto_____
Date                                      The Honorable Sheila K. Oberto
                                          U.S. Magistrate Judge

IT IS ORDERED that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of April 30, 2018.

_May 1, 2018_ _____/s/ Lawrence J. O'Neill_____
Date                                      The Honorable Lawrence J. O'Neill
                                          Chief U.S. District Judge

cc: Defendant
    Assistant United States Attorney: Henry Carbajal, Megan Richards
    Defense Counsel: Megan Hopkins, Reed Grantham
    FLU Unit – United States Attorney's Office
    Fiscal Clerk - Clerk's Office